IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IGS INDUSTRIES, INC. *agent of* INDUSTRIAL GASKET & SHIM COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, INC., <br><br> Defendant. | Civil Action No. 17-303 <br> District Judge Mark R. Hornak <br> Chief Magistrate Judge Maureen P. Kelly <br><br><br> Re: ECF No. 3 |

**ORDER**

AND NOW, this 5th day of September, 2017, after Plaintiff IGS Industries, Inc. ("Plaintiff") filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendant Discover Financial Services, Inc. ("Defendant"), and after a Report and Recommendation, ECF No. 13, was filed by the Chief United States Magistrate Judge giving the parties until August 18, 2017, to file written objections thereto, and upon consideration of the Objections filed by Plaintiff, ECF No. 14, and the Response to the Objections submitted by Defendant, ECF No. 15, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss, ECF No. 3, is GRANTED and the Clerk of Court is to mark the case closed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF